# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 12-cv-01102-REB-KMT

ABA INSURANCE SERVICE, INC.,

    Plaintiff and Counterclaim Defendant,

v.

SSP (USA), INC.,

    Defendant and Counterclaimant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice** [#22][1] filed December 28, 2012.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation For Dismissal With Prejudice** [#22] filed December 28, 2012, is **APPROVED**;

2.  That the Final Pretrial Conference and Trial Preparation Conference set for July 19, 2013, are **VACATED**;

3.  That the jury trial set to commence August 5, 2013, is **VACATED**;

---

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

    4.  That any pending motion is **DENIED** as moot; and

    5.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 3, 2013, at Denver, Colorado.

**BY THE COURT:**

*[signature: Bob Blackburn]*

Robert E. Blackburn
United States District Judge

2